UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY LAMONT FAVERS,
         Plaintiff,         Case No. 12-cv-15164
                                 HON. GERSHWIN A. DRAIN

v.

COMMISSIONER OF
SOCIAL SECURITY,
         Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#18], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#12], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#16], AND REMANDING THE CASE FOR FURTHER CONSIDERATION**

      On November 21, 2012, Plaintiff filed a Complaint in this Court for review of the Defendant Commissioner's final decision finding that Plaintiff was not disabled. On December 10, 2013, Magistrate Judge David R. Grand issued a Report and Recommendation ("R&R") recommending that the Court GRANT Plaintiff's Motion for Summary Judgment [#12], and DENY Defendant's Motion for Summary Judgment [#16]. The R&R also recommended that the Court REMAND the Commissioner's decision pursuant to sentence four 42 U.S.C. § 405(g) for further consideration.

      The Court has reviewed the R&R, and in the absence of any timely objection, the Court hereby adopts Magistrate Judge Grand's December 10, 2013 R&R [#18] in its entirety. Plaintiff's Motion for Summary Judgment [#12] is GRANTED. Defendant's Motion for Summary Judgment [#16] is DENIED. Plaintiff's claim is hereby REMANDED FOR FURTHER CONSIDERATION.

      SO ORDERED.

Dated: January 22, 2014

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE